UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN JOE WHITE, | ) | 1:09-CV-0130 AWI-JMD HC |
| | ) | |
| Petitioner, | ) | ORDER DISREGARDING PETITIONER'S |
| | ) | REQUEST TO FILE ADDITIONAL |
| v. | ) | DECLARATION IN SUPPORT OF HIS |
| | ) | NOTICE OF APPEAL |
| KEN CLARK, Warden, | ) | |
| | ) | (Doc. 36) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 1, 2010, the Magistrate Judge issued a Findings and Recommendation ("F&R") and on April 6, 2011, the Court issued an order adopting the F&R in full. See Docs. 25, 30. On May 11, 2011, Petitioner filed a Notice of Appeal which, according to the document, was signed by Petitioner on May 6, 2011. See Doc. 32. On June 2, 2011, Petitioner's appeal was processed to the Court of Appeal for the Ninth Circuit. See Doc 33. On June 8, 2011 Petitioner filed the instant motion.

Petitioner's motion appears to express concern regarding the timeliness of his notice of appeal. Petitioner notes that the Court of Appeal, "never acknowledged receipt of [his] notice of appeal." See Doc. 36 at 2. Notwithstanding Petitioner's concern, his appeal has already been processed to the Ninth Circuit.

1  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to file an additional
2  declaration in support of his notice of appeal is DISREGARDED.
3  IT IS SO ORDERED.

Dated:  July 25, 2011

CHIEF UNITED STATES DISTRICT JUDGE